# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 12, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re: Juan Antonio Hernandez Alvarado, aka Tony Hernandez
         v. United States, et al.
         No. 23-7694
         (Your No. 21-885)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 10, 2024 and placed on the docket June 12, 2024 as No. 23-7694.

                     Sincerely,

                     **Scott S. Harris**, Clerk

                     by

                     Susan Frimpong
                     Case Analyst